**Byron S. JONES, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101564**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: August 11, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied September 10, 2015

Application for Transfer Denied November 24, 2015

Jessica Hathaway, Missouri Public Defender, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

and Country is not a party to this appeal.

Shaun J. Mackelprang, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65109, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM

Byron Jones (Movant) appeals the motion court's denial of his Rule 29.15 amended motion for post-conviction relief without an evidentiary hearing. Movant claims that he alleged unrefuted facts that counsel rendered deficient performance by failing to request an instruction for the lesser-included offense of second-degree robbery. Movant asserts that the motion court's conclusion, that counsel's decision was "reasonable trial strategy," was clearly erroneous. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).